■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL LOPEZ, Appellant.—Judgment, Supreme Court, Bronx County (Robert Seewald, J.), rendered on April 9, 1986, unani-

mously affirmed, and motion by appellant for leave to enlarge the record on appeal to include certain material denied. No opinion. Kupferman, J. P., Ross, Asch, Rosenberger and Ellerin, JJ.